

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2019

No. 04-18-00752-CV

Marcus F. **KASPAR** and Deborah Kaspar,
Appellants

v.

**MS SERVICES, LLC,**
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-0000235
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

This appeal was submitted on briefs on June 5, 2019. On July 19, 2019, the parties filed a joint motion to abate this appeal. We granted the motion, abated the appeal until August 19, 2019, and ordered Appellant to file a motion to dismiss or a motion to reinstate by that date.

On the due date, the parties filed a joint motion to extend the abatement period by two weeks—until September 3, 2019.

The parties' joint motion to extend the abatement period is GRANTED. We ORDER Appellant to file in this court not later than September 3, 2019, a motion to dismiss the appeal or a motion to reinstate the appellate timetable.

We WITHDRAW the June 5, 2019 submission date. This appeal will be reset for submission at a later date.

It is so **ORDERED** on this 21st day of August, 2019.

PER CURAIM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court